| | |
|---|---|
| PROB 22 (Rev. 2/88) | **DOCKET NUMBER** *(Tran. Court)* <br> 1:21cr00629-001 |
| **TRANSFER OF JURISDICTION** | **DOCKET NUMBER** *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Jason M. Comeau <br> 18386 Wintergarden Avenue <br> Port Charlotte, Florida 33948 | District of Columbia | US District Court |
| | NAME OF SENTENCING JUDGE | |
| | Rudolph Contreras | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 11/15/2022 — TO 11/14/2023 |

**OFFENSE**
Parading, Demonstrating, or Picketing in a Capitol Building
40 USC § 5104(e)(2)(G)

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF   Columbia

   IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the   Middle District of Florida   upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

   11/15/2022
   Date

   *[signature]*
   United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

---

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE   Middle   DISTRICT OF   Florida

   IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

   _____           _____
   Effective Date                     United States District Judge