CAT A

# U.S. District Court
# District of Columbia (Washington, DC)
# CRIMINAL DOCKET FOR CASE #: 1:21−cr−00629−RC−1

Case title: USA v. COMEAU

Magistrate judge case number: 1:21−mj−00627−ZMF

Date Filed: 10/15/2021

---

Assigned to: Judge Rudolph Contreras

### Defendant (1)

| | | |
|---|---|---|
| **JASON MICHAEL COMEAU** | represented by | **H. Heather Shaner**<br>LAW OFFICES OF H. HEATHER SHANER<br>1702 S Street, NW<br>Washington, DC 20009<br>(202) 265−8210<br>Fax: (202) 332−8057<br>Email: hhsesq@aol.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>Designation: CJA Appointment |

| **Pending Counts** | **Disposition** |
|---|---|
| 40:5104(e)(2)(G); VIOLENT ENTRY AND DISORDERLY CONDUCT ON CAPITOL GROUNDS; Parading, Demonstrating, or Picketing in a Capitol Building<br>(4) | Defendant sentenced to Twelve (12) months of Probation. $10.00 Special Assessment; A Fine of $371.00 and Restitution in the amount of $500.00 |

### Highest Offense Level (Opening)

Misdemeanor

| **Terminated Counts** | **Disposition** |
|---|---|
| 18:1752 (a)(1); TEMPORARY RESIDENCE OF THE PRESIDENT; Entering and Remaining in a Restricted Building<br>(1) | DISMISSED ON GOVERNMENT'S ORAL MOTION |
| 18:1752 (a)(2); TEMPORARY RESIDENCE OF THE PRESIDENT; Disorderly and Disruptive Conduct in a Restricted Building<br>(2) | DISMISSED ON GOVERNMENT'S ORAL MOTION |
| 40:5104(e)(2)(D); VIOLENT ENTRY AND DISORDERLY CONDUCT ON CAPITOL GROUNDS; Violent Entry and Disorderly Conduct in a Capitol Building<br>(3) | DISMISSED ON GOVERNMENT'S ORAL MOTION |

**Highest Offense Level (Terminated)**

Misdemeanor

**Complaints**

COMPLAINT in Violation of 18:1752(a)(1), 18:1752(a)(2), 40:5104(e)(2)(D), and 40:5104(e)(2)(G)

**Disposition**

**Plaintiff**

**USA**    represented by    **Alexis Jane Loeb**
U.S. ATTORNEY'S OFFICE FOR THE NORTHERN DISTRICT OF CAL
450 Golden Gate Ave.
11th Fl.
San Francisco, CA 94102
(415) 436–7168
Fax: (415) 436–7234
Email: alexis.loeb@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant U.S. Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/13/2021 | 1 | SEALED COMPLAINT as to JASON MICHAEL COMEAU (1). (Attachments: # 1 Statement of Facts) (bb) [1:21–mj–00627–ZMF] (Entered: 10/14/2021) |
| 10/13/2021 | 3 | MOTION to Seal Case by USA as to JASON MICHAEL COMEAU. (Attachments: # 1 Text of Proposed Order)(bb) [1:21–mj–00627–ZMF] (Entered: 10/14/2021) |
| 10/13/2021 | 4 | ORDER granting 3 Motion to Seal Case as to JASON MICHAEL COMEAU (1). Signed by Magistrate Judge Zia M. Faruqui on 10/13/2021. (bb) [1:21–mj–00627–ZMF] (Entered: 10/14/2021) |
| 10/14/2021 | 5 | Arrest Warrant Returned Executed on 10/14/2021 as to JASON MICHAEL COMEAU. (bb) [1:21–mj–00627–ZMF] (Entered: 10/14/2021) |
| 10/14/2021 |  | Arrest of JASON MICHAEL COMEAU in Florida. (bb) [1:21–mj–00627–ZMF] (Entered: 10/14/2021) |
| 10/14/2021 |  | Case unsealed as to JASON MICHAEL COMEAU (bb) [1:21–mj–00627–ZMF] (Entered: 10/14/2021) |
| 10/15/2021 | 6 | INFORMATION as to JASON MICHAEL COMEAU (1) count(s) 1, 2, 3, 4. (zstd) (Entered: 10/15/2021) |
| 10/21/2021 |  | ORAL MOTION to Appoint Counsel by JASON MICHAEL COMEAU (1). (zpt) (Entered: 10/21/2021) |
| 10/21/2021 |  | ORAL MOTION for Speedy Trial Waiver by USA as to JASON MICHAEL COMEAU (1). (zpt) (Entered: 10/21/2021) |
| 10/21/2021 |  | Minute Entry for proceedings held before Magistrate Judge G. Michael Harvey: VTC Initial Appearance/Detention Hearing/Arraignment as to JASON MICHAEL COMEAU (1) Count 1,2,3,4 held on 10/21/2021. Not Guilty Plea entered by JASON MICHAEL COMEAU (1) as to all counts. Oral Motion to Appoint Counsel by JASON MICHAEL COMEAU (1) Heard and Granted. Government does not seek the Defendant's pretrial detention. Oral Motion by the Government for Speedy Trial Waiver as to JASON MICHAEL COMEAU (1) Heard and Granted. Time between 10/21/2021 and 11/17/2021 (27 Days) shall be excluded from calculation under the |

| | | |
|---|---|---|
| | | Speedy Trial Act in the interest of justice X–T. Status Hearing set for 11/17/2021 at 11:45 AM in Telephonic/VTC before Judge Emmet G. Sullivan. Bond Status of Defendant: Defendant Placed on Personal Recognizance; Court Reporter: FTR–Gold FTR Time Frame: CTRM 6 [1:15:44–1:30:49], [1:32:44–1:42:34], [2:01:13–2:05:35]; Defense Attorney: Heather Shaner; US Attorney: Frederick Yette for Alexis Loeb; Pretrial Officer: Shay Holman; (zpt) (Entered: 10/21/2021) |
| 10/21/2021 | | MINUTE ORDER as to JASON MICHAEL COMEAU (1). MINUTE ORDER: As required by Rule 5(f), the United States is ordered to produce all exculpatory evidence to the defendant pursuant to Brady v. Maryland and its progeny. Not doing so in a timely manner may result in sanctions, including exclusion of evidence, adverse jury instructions, dismissal of charges and contempt proceedings. Signed by Magistrate Judge G. Michael Harvey on 10/21/2021. (zpt) (Entered: 10/21/2021) |
| 10/21/2021 | 10 | ORDER Setting Conditions of Release as to JASON MICHAEL COMEAU (1) Personal Recognizance. Signed by Magistrate Judge G. Michael Harvey on 10/21/2021. (Attachments: # 1 Appearance Bond) (zpt) (Entered: 10/22/2021) |
| 10/21/2021 | 16 | Rule 5(c)(3) Documents Received as to JASON MICHAEL COMEAU from United States Court Middle District of Flordia Case Number 2:21–mj–01151 (zstd) (Entered: 11/05/2021) |
| 10/22/2021 | 9 | NOTICE OF ATTORNEY APPEARANCE: H. Heather Shaner appearing for JASON MICHAEL COMEAU (Shaner, H.) (Entered: 10/22/2021) |
| 10/22/2021 | 11 | STATUS REPORT *Status of Discovery as of October 21, 2021* by USA as to JASON MICHAEL COMEAU (Loeb, Alexis) (Entered: 10/22/2021) |
| 10/22/2021 | 12 | NOTICE *of Filing* by USA as to JASON MICHAEL COMEAU (Attachments: # 1 Exhibit 7.12.21 Discovery Status Memo, # 2 Exhibit Exhibit to 7.12.21 Discovery Status Memo, # 3 Exhibit 8.23.21 Discovery Status Memo, # 4 Exhibit 9.14.21 Discovery Status Memo)(Loeb, Alexis) Modified text on 10/25/2021 (zstd). (Entered: 10/22/2021) |
| 10/25/2021 | 13 | STANDING ORDER as to JASON MICHAEL COMEAU requiring the government to produce any evidence in its possession that is favorable to the defendant and material to either the defendant's guilt or punishment. Signed by Judge Emmet G. Sullivan on 10/25/21. (mac) (Entered: 10/25/2021) |
| 10/28/2021 | 14 | Unopposed MOTION for Disclosure *of Grand Jury and Sealed Materials and Proposed Order* by USA as to JASON MICHAEL COMEAU. (Loeb, Alexis) (Entered: 10/28/2021) |
| 10/28/2021 | 15 | Unopposed MOTION for Protective Order by USA as to JASON MICHAEL COMEAU. (Attachments: # 1 Text of Proposed Order Protective Order)(Loeb, Alexis) (Entered: 10/28/2021) |
| 11/01/2021 | | MINUTE ORDER as to JASON MICHAEL COMEAU (1) granting 14 Unopposed Motion for Disclosure. The United States is granted permission to provide in discovery materials protected by Federal Rule of Criminal Procedure 6(e), as well as sealed materials, pursuant to the protective order governing discovery. Signed by Judge Emmet G. Sullivan on 11/1/2021. (lcegs1) (Entered: 11/01/2021) |
| 11/01/2021 | | MINUTE ORDER as to JASON MICHAEL COMEAU (1) granting 15 Unopposed Motion for Protective Order. The terms presented in [15–1] Protective Order Governing Discovery are incorporated by reference into this Order. Signed by Judge Emmet G. Sullivan on 11/1/2021. (lcegs1) (Entered: 11/01/2021) |
| 11/08/2021 | 17 | STATUS REPORT *Status of Discovery as of November 5, 2021* by USA as to JASON MICHAEL COMEAU (Loeb, Alexis) (Entered: 11/08/2021) |
| 11/17/2021 | | Minute Entry for proceedings held Via VTC before Judge Emmet G. Sullivan:Status Conference as to JASON MICHAEL COMEAU held on 11/17/2021. Defendant Consents To This Hearing Being Held Via VTC. Parties Discussed Current Posture Of This Case. Plea Agreement Hearing set for 12/21/2021 at 2:30 PM in Telephonic/VTC before Judge Emmet G. Sullivan. Speedy Trial Tolled 11/17/21 – 12/21/21 In The Interest Of Justice (XT). Defendant Agrees To Appear Via VTC For The Scheduled Plea Agreement Hearing. Bond Status of Defendant: APPEARED VIA VTC – |

| | | |
|---|---|---|
| | | REMAINS ON PERSONAL RECOGNIZANCE; Court Reporter: LISA BANKINS; Defense Attorney: HEATHER SHANER; US Attorney: ALEXIS LOEB; (mac) (Entered: 11/17/2021) |
| 12/21/2021 | | Minute Entry for proceedings held Via VTC before Judge Emmet G. Sullivan:Plea Agreement Hearing as to JASON MICHAEL COMEAU held on 12/21/2021. Defendant Consents To This Hearing Being Held Via VTC. Defendant Is Sworn. The Court Has Colloquy With The Defendant. Plea Of Not Guilty Withdrawn As To Count 4. Plea Of GUILTY entered by JASON MICHAEL COMEAU as to Count 4. The Court Accepts The Defendant's Plea Of Guilty. No Change In Pretrial Release Conditions. CASE IS REFERRED TO U.S. PROBATION OFFICE FOR A PRESENTENCE INVESTIGATION REPORT.U.S. Probation Presentence Report due by 3/15/2022. Government Sentencing Memorandum due by 3/25/2022. Defendant Sentencing Memorandum due by 4/10/2022. Sentencing set for 5/3/2022 at 1:00 PM in Telephonic/VTC before Judge Emmet G. Sullivan. Bond Status of Defendant: APPEARED VIA VTC – REMAINS ON PERSONAL RECOGNIZANCE; Court Reporter: LISA MOREIRA; Defense Attorney: HEATHER SHANER; US Attorney: ALEXIS LOEB; (mac) (Entered: 12/21/2021) |
| 12/21/2021 | 20 | PLEA AGREEMENT as to JASON MICHAEL COMEAU (mac) (Entered: 12/21/2021) |
| 12/21/2021 | 21 | STATEMENT OF OFFENSE as to JASON MICHAEL COMEAU (mac) (Entered: 12/21/2021) |
| 12/21/2021 | 22 | WAIVER of Trial as to JASON MICHAEL COMEAU. Approved by Judge Emmet G. Sullivan on 12/21/21. (mac) (Entered: 12/21/2021) |
| 02/11/2022 | 23 | STATUS REPORT *Regarding Status of Discovery as of 2−9−22* by USA as to JASON MICHAEL COMEAU (Loeb, Alexis) (Entered: 02/11/2022) |
| 03/21/2022 | 27 | Unopposed MOTION to Continue *Sentencing Hearing* by USA as to JASON MICHAEL COMEAU. (Loeb, Alexis) (Entered: 03/21/2022) |
| 03/22/2022 | | MINUTE ORDER granting 27 Motion to Continue as to JASON MICHAEL COMEAU (1). The sentencing hearing scheduled for May 3, 2022 is hereby CONTINUED to May 4, 2022 at 3:00 pm. Signed by Judge Emmet G. Sullivan on 3/22/2022. (lcegs1) (Entered: 03/22/2022) |
| 03/22/2022 | | Set/Reset Hearings as to JASON MICHAEL COMEAU:Sentencing set for 5/4/2022 at 3:00 PM in Telephonic/VTC before Judge Emmet G. Sullivan. (mac) (Entered: 03/22/2022) |
| 03/24/2022 | 28 | SENTENCING MEMORANDUM by USA as to JASON MICHAEL COMEAU (Attachments: # 1 Exhibit A (placeholder for video), # 2 Exhibit B (sentencing table))(Loeb, Alexis) (Entered: 03/24/2022) |
| 03/24/2022 | 29 | NOTICE *of Filing Exhibit Pursuant to Local Criminal Rule 49* by USA as to JASON MICHAEL COMEAU re 28 Sentencing Memorandum (Loeb, Alexis) (Entered: 03/24/2022) |
| 04/09/2022 | 30 | SENTENCING MEMORANDUM by JASON MICHAEL COMEAU (Attachments: # 1 Exhibit letter in support, # 2 Exhibit letter in support, # 3 Exhibit letter in support, # 4 Exhibit letter in support, # 5 Exhibit letter in support, # 6 Exhibit Defendant 'sletter to Court)(Shaner, H.) (Entered: 04/09/2022) |
| 05/04/2022 | | MINUTE ORDER as to JASON MICHAEL COMEAU. Due to constraints in the Court's calendar, the sentencing hearing scheduled for May 4, 2022 is hereby RESCHEDULED to August 10, 2022 at 2:00 pm. As before, in light of the ongoing public health emergency, the hearing shall take place via VIDEO TELECONFERENCE. The parties shall contact Mr. Mark Coates, the Courtroom Deputy Clerk, for the dial−in information. Signed by Judge Emmet G. Sullivan on 5/4/2022. (lcegs1) (Entered: 05/04/2022) |
| 05/04/2022 | | Set/Reset Hearings as to JASON MICHAEL COMEAU:Sentencing set for 8/10/2022 at 02:00 PM in Telephonic/VTC before Judge Emmet G. Sullivan. (mac) (Entered: 05/04/2022) |

| | | |
|---|---|---|
| 05/06/2022 | | MINUTE ORDER as to JASON MICHAEL COMEAU. Due to constraints in the Court's calendar, the sentencing hearing scheduled for August 10, 2022 is hereby RESCHEDULED to September 20, 2022 at 1:00 pm. As before, in light of the ongoing public health emergency, the hearing shall take place via VIDEO TELECONFERENCE. The parties shall contact Mr. Mark Coates, the Courtroom Deputy Clerk, for the dial−in information. Signed by Judge Emmet G. Sullivan on 5/6/2022. (lcegs1) (Entered: 05/06/2022) |
| 05/06/2022 | | Set/Reset Hearings as to JASON MICHAEL COMEAU:Sentencing set for 9/20/2022 at 1:00 PM in Telephonic/VTC before Judge Emmet G. Sullivan. (mac) (Entered: 05/06/2022) |
| 09/20/2022 | | MINUTE ORDER as to JASON MICHAEL COMEAU. Due to constraints in the Court's calendar, the sentencing hearing scheduled for September 20, 2022 is hereby rescheduled to 2:00 pm on November 15, 2022. In light of the public health emergency, the sentencing hearing will take place via Zoom VIDEO TELECONFERENCE (VTC). The parties shall contact Mr. Mark Coates, the Courtroom Deputy Clerk, for the dial−in information. Signed by Judge Emmet G. Sullivan on 9/20/2022. (lcegs1) (Entered: 09/20/2022) |
| 09/20/2022 | | Set/Reset Hearings as to JASON MICHAEL COMEAU: Sentencing set for 11/15/2022 at 2:00 PM in Telephonic/VTC before Judge Emmet G. Sullivan. (mac) (Entered: 09/20/2022) |
| 10/19/2022 | | Case as to JASON MICHAEL COMEAU randomly reassigned to Judge Rudolph Contreras. Judge Emmet G. Sullivan is no longer assigned to the case. (rj) (Entered: 10/19/2022) |
| 10/27/2022 | | MINUTE ORDER as to JASON MICHAEL COMEAU: Sentencing currently scheduled for 11/15/2022 at 2:00 PM before Judge Emmett Sullivan, will now be conducted before Judge Rudolph Contreras on this same date via Zoom Video. Parties appearing in this case will receive a zoom invitation prior to the scheduled hearing. (So Ordered Judge Rudolph Contreras on 10/27/2022) (tj) (Entered: 10/27/2022) |
| 11/15/2022 | | Minute Entry for Zoom Sentencing proceeding held on 11/15/22 before Judge Rudolph Contreras as to JASON MICHAEL COMEAU (1) on Count 4. Defendant consents to the hearing being held via Zoom. Defendant sentenced to Twelve (12) months of Probation. $10.00 Special Assessment. A Fine of $371.00 and Restitution in the amount of $500.00. All remaining counts DISMISSED on government's oral motion. Bond Status of Defendant: Placed on Probation; Court Reporter: Cassie Zayas; Defense Attorney: H. Heather Shaner; US Attorney: Alexis Loeb; Prob Officer: Darryl Hughes (for Kelli Willet). (zgf) (Entered: 11/16/2022) |