| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| | | 1:21cr00629-001 |
| | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Rec. Court)* |
| | | 2:22-cr-111-SPC-KCD |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Jason M. Comeau<br>18386 Wintergarden Avenue<br>Port Charlotte, Florida 33948 | District of Columbia | US District Court |
| | NAME OF SENTENCING JUDGE | |
| | Rudolph Contreras | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 11/15/2022 — TO 11/14/2023 |

OFFENSE
Parading, Demonstrating, or Picketing in a Capitol Building
40 USC § 5104(e)(2)(G)

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF Columbia

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the Middle District of Florida upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

11/15/2022
Date

*[signature]*
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE Middle DISTRICT OF Florida

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

December 3, 2022
Effective Date

*Sheri Polster Chappell*
United States District Judge